UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joni L. Gray, Esq.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 Route 73 South, Ste. 200
Marlton, NJ  08053
(856)988-9055
Attorneys for Debtor

In Re:

TIMOTHY AND ROSEMARY KEMMERLE
  Debtor

Order Filed on August 30, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-32341
Chapter: 13
Judge: JNP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 30, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/7/2016_____ :

Property:    480 WILLOW DRIVE, CINNAMINSON, NJ

Creditor:    NATIONSTAR

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/25/2016_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Rosemary Kemmerle  
Timothy Kemmerle  
      Debtors

Case No. 15-32341-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 30, 2016  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2016.  
db/jdb       +Rosemary Kemmerle,  Timothy Kemmerle,  480 Willow Drive,  Cinnaminson, NJ 08077-3420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2016 at the address(es) listed below:

         Andrew B. Finberg    on behalf of Debtor Rosemary  Kemmerle andy@sjbankruptcylaw.com, ABFECF@gmail.com  
         Andrew B. Finberg    on behalf of Joint Debtor Timothy  Kemmerle andy@sjbankruptcylaw.com, ABFECF@gmail.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com  
         Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         R. A. Lebron    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bankruptcy@feinsuch.com  
                                                                                                                  TOTAL: 7