UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Daniel A. Frischberg, Esq.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 Route 73 South, Ste. 200
Marlton, NJ 08053
(856)988-9055
Attorneys for Debtor

In Re:

ROSEMARY KEMMERLE

TIMOTHY KEMMERLE

Debtors.

Order Filed on October 6, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-32341

Adv. No.:

Hearing Date:

Judge: Poslusny

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: October 6, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the Debtor's Motion for Order Approving Loan Modification Agreement and good cause appearing therefore, it is hereby;

**ORDERED** that the Loan Modification Agreement prepared by Nationstar Mortgage, LLC, with respect to the debtor's mortgage loan number ******1303 is approved; and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to the amount paid to date or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated; and

**IT IS FURTHER ORDERED** that in the event the modification is not consummated, the secured creditor shall notify the Trustee and the debtors' attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor; and

**IT IS FURTHER ORDERED** that communication and/or negotiations between debtors and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communications or negotiation shall not be used by either party against the other in any subsequent litigation; and

**IT IS FURTHER ORDERED** that the debtors provide the Trustee with an executed copy of the Loan Agreement, upon completion; and

**IT IS FURTHER ORDERED** that the debtor shall file an Amended Schedule J and Modified Plan within 30 days of the date of this Order.