# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−32341−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rosemary Kemmerle
480 Willow Drive
Cinnaminson, NJ 08077

Timothy Kemmerle
480 Willow Drive
Cinnaminson, NJ 08077

Social Security No.:
  xxx−xx−4840

xxx−xx−8196

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    1/5/17
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Joni L. Gray, Debtor's Attorney

COMMISSION OR FEES
$1920.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 7, 2016
JJW:

    James J. Waldron
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rosemary Kemmerle  
Timothy Kemmerle  
     Debtors

Case No. 15-32341-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Dec 07, 2016  
                        Form ID: 137     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2016.

```
db/jdb         +Rosemary Kemmerle,   Timothy Kemmerle,    480 Willow Drive,    Cinnaminson, NJ 08077-3420
aty            +Fein Such Kahn & Shepard,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
515895625      +Acceptance Now,    444 Highway 96 E,   Saint Paul, MN 55127-2557
515895626      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
515949474       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515874153      +Cinnaminson Township,   Sewer Authority,    1621 Riverton Road,   Cinnaminson, NJ 08077-2325
515874154       Citifinancial,   Bankruptcy Dept.,    PO Box 140489,    Irving, TX 75014-0489
515874155      +Fein, Such, Kahn & Shepard PC,    7 Century Drive,   Suite 201,    Parsippany, NJ 07054-4673
515895627      +Financial Recoveries,    200 E Park Dr., Ste. 100,    Mount Laurel, NJ 08054-1297
515874157      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
515922636      +Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2016 22:58:21    U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2016 22:58:17    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515904025       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2016 23:04:32
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
515874156       E-mail/Text: cio.bncmail@irs.gov Dec 07 2016 22:57:54    IRS-Insolvency Central,    PO Box 7346,
                 Philadelphia, PA 19101-7346
515895628      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2016 22:56:08    LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
516041588      +Fax: 866-311-5818 Dec 07 2016 23:07:47    Systems & Services Technologies, Inc.,
                 4315 Pickett Road,   St. Joseph, Missouri 64503-1600
                                                                                               TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX  75067)
516080433*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2016 at the address(es) listed below:

        Andrew B. Finberg    on behalf of Debtor Rosemary  Kemmerle andy@sjbankruptcylaw.com, ABFECF@gmail.com  
        Andrew B. Finberg    on behalf of Joint Debtor Timothy  Kemmerle andy@sjbankruptcylaw.com, ABFECF@gmail.com  
        Daniel A. Frischberg    on behalf of Joint Debtor Timothy  Kemmerle dan@sjbankruptcylaw.com, frischberglaw@gmail.com

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Dec 07, 2016
                              Form ID: 137             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Daniel A. Frischberg    on behalf of Debtor Rosemary  Kemmerle dan@sjbankruptcylaw.com, frischberglaw@gmail.com
           Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
           Joni L. Gray    on behalf of Joint Debtor Timothy  Kemmerle joni@sjbankruptcylaw.com, jgrayecf@gmail.com
           Joni L. Gray    on behalf of Debtor Rosemary  Kemmerle joni@sjbankruptcylaw.com, jgrayecf@gmail.com
           Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
           R. A. Lebron    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bankruptcy@feinsuch.com

                                                                                                                                 TOTAL: 12