Form: ICB-12001-01 rev. 01

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-2(c) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977 |



Order Filed on December 22, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

| In Re: | Case No.: | 15-32341 (JNP) |
|---|---|---|
| Rosemary Kemmerle<br>Timothy Kemmerle | Hearing Date: | 12/21/2016 |
|  | Judge: | Jerrold N. Poslusny Jr. |
| Debtor(s) |  |  |

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby **ORDERED**.

**DATED: December 22, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Rosemary Kemmerle and Timothy Kemmerle
Case No.: 15-32341 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 12/07/2015, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $550.00 **for a period of 48 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $5,350.00 paid to date.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $3,500.00. The unpaid balance of the allowed fee in the amount of $2,810.00 plus costs of $0.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

Page 3 of 3
Debtor: Rosemary Kemmerle and Timothy Kemmerle
Case No.: 15-32341 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

**ORDERED** as follows:

   pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Nationstar Mortgage will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Nationstar Mortgage on account of pre-petition arrears set forth in the proof of claim dated March 25, 2016 and amended October 31, 2016. total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-32341-JNP
Rosemary Kemmerle                                                       Chapter 13
Timothy Kemmerle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1           Date Rcvd: Dec 22, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db/jdb         +Rosemary Kemmerle,   Timothy Kemmerle,   480 Willow Drive,   Cinnaminson, NJ 08077-3420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Rosemary  Kemmerle andy@sjbankruptcylaw.com,
               ABFECF@gmail.com
              Andrew B. Finberg    on behalf of Joint Debtor Timothy  Kemmerle andy@sjbankruptcylaw.com,
               ABFECF@gmail.com
              Daniel A. Frischberg    on behalf of Debtor Rosemary  Kemmerle dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com
              Daniel A. Frischberg    on behalf of Joint Debtor Timothy  Kemmerle dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com
              Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
              Joni L. Gray    on behalf of Joint Debtor Timothy  Kemmerle joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com
              Joni L. Gray    on behalf of Debtor Rosemary  Kemmerle joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 12