| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>JONI L. GRAY, ESQ.<br>LAW OFFICES OF ANDREW B. FINBERG, LLC<br>525 ROUTE 73 SOUTH, SUITE 200<br>MARLTON, NEW JERSEY 08053<br>(856) 988-9055<br>Attorney for the Debtor(s) | Order Filed on January 5, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROSEMARY KEMMERLE<br>TIMOTHY KEMMERLE<br><br>Debtor(s) | Case No.: 15-32341<br><br>Chapter: 13<br><br>Judge: JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 5, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Joni L. Gray _____, the applicant, is allowed a fee of $ ___ 1,920.00 ___ for services rendered and expenses in the amount of $ ___ 0.00 ___ for a total of $ ___ 1,920.00 ___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ___ 591.00 ___ per month for ___ 47 ___ months to allow for payment of the above fee.

*rev.8/1/15*