Order Filed on August 3, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

STERN, LAVINTHAL & FRANKENBERG, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Attorney for Secured Creditor,
Nationstar Mortgage LLC
By: Jeanette F. Frankenberg, Esq.
By: Ashley L. Rose, Esq.

In Re:

Rosemary Kemmerle

Timothy Kemmerle

Debtor(s).

Case No.: 15-32341-JNP

Chapter: 13

Hearing Date: July 18, 2017

Judge: Jerrold N. Poslusny Jr.

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 3, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page | 2
Debtor: Rosemary Kemmerle and Timothy Kemmerle
Case No: 15-32341-JNP
Caption: Consent Order Resolving Motion to Vacate Stay

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Andrew B. Finberg, Esq. |
| Property Involved ("Collateral"): | 480 Willow Drive, Cinnaminson, NJ 08077 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay

against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor is overdue for 7 months, from January 1, 2017 to July 1, 2017.

    - The Debtor is overdue for 7 payments at $2,530.34 per month.

    - Less Funds held in debtor(s) suspense $0.00

    Total Arrearages Due $17,712.38.

2. Debtor must cure all post-petition arrearages, as follows:

    - Immediate payment shall be made in the amount of $17,712.38. Immediate Payment received July 6, 2017.

    - Beginning on August 1, 2017, regular monthly mortgage payments shall continue to be made in the amount $2,530.34.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ✓ Immediate payment:    Nationstar Mortgage LLC
                            P.O. Box 619094
                            Dallas, TX 75261-9741

Page | 3
Debtor: Rosemary Kemmerle and Timothy Kemmerle
Case No: 15-32341-JNP
Caption: Consent Order Resolving Motion to Vacate Stay

- ✓ Regular monthly payment:  Nationstar Mortgage LLC
  P.O. Box 619094
  Dallas, TX 75261-9741

- ✓ Monthly cure payment:  Nationstar Mortgage LLC
  P.O. Box 619094
  Dallas, TX 75261-9741

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

4. Award of Attorneys' Fees:

- ✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

_____
Andrew B. Finberg, Esq.
Attorney for the Debtors,
*Rosemary Kemmerle*
*Timothy Kemmerle*

/s/ Jeanette F. Frankenberg, Esq.
Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.
Attorney for Secured Creditor,
*Nationstar Mortgage LLC*