| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>CAMDEN VICINAGE<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>STERN, LAVINTHAL & FRANKENBERG, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068<br>Phone: (973) 797-1100<br>Fax: (973) 228-2679<br>Attorney for Secured Creditor,<br>Nationstar Mortgage LLC<br>By: Jeanette F. Frankenberg, Esq.<br>By: Ashley L. Rose, Esq. | Order Filed on August 3, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Rosemary Kemmerle<br><br>Timothy Kemmerle<br><br><br>Debtor(s). | Case No.: 15-32341-JNP<br><br>Chapter: 13<br><br>Hearing Date: July 18, 2017<br><br>Judge: Jerrold N. Poslusny Jr. |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 3, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page | 2
Debtor: Rosemary Kemmerle and Timothy Kemmerle
Case No: 15-32341-JNP
Caption: Consent Order Resolving Motion to Vacate Stay

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Andrew B. Finberg, Esq. |
| Property Involved ("Collateral"): | 480 Willow Drive, Cinnaminson, NJ 08077 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay

against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 7 months, from January 1, 2017 to July 1, 2017.

   - The Debtor is overdue for 7 payments at $2,530.34 per month.

   - Less Funds held in debtor(s) suspense $0.00

   Total Arrearages Due $17,712.38.

2. Debtor must cure all post-petition arrearages, as follows:

   - Immediate payment shall be made in the amount of $17,712.38. Immediate Payment received July 6, 2017.

   - Beginning on August 1, 2017, regular monthly mortgage payments shall continue to be made in the amount $2,530.34.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Immediate payment:     Nationstar Mortgage LLC
                            P.O. Box 619094
                            Dallas, TX 75261-9741

Page | 3
Debtor: Rosemary Kemmerle and Timothy Kemmerle
Case No: 15-32341-JNP
Caption: Consent Order Resolving Motion to Vacate Stay

- ✓ Regular monthly payment: Nationstar Mortgage LLC
  P.O. Box 619094
  Dallas, TX 75261-9741

- ✓ Monthly cure payment: Nationstar Mortgage LLC
  P.O. Box 619094
  Dallas, TX 75261-9741

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

4. Award of Attorneys' Fees:

- ✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.

The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

_____
Andrew B. Finberg, Esq.
Attorney for the Debtors,
*Rosemary Kemmerle*
*TimothyKemmerle*

/s/ Jeanette F. Frankenberg, Esq.
Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.
Attorney for Secured Creditor,
*Nationstar Mortgage LLC*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-32341-JNP
Rosemary Kemmerle                                                          Chapter 13
Timothy Kemmerle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 03, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.
db/jdb         +Rosemary Kemmerle,    Timothy Kemmerle,    480 Willow Drive,    Cinnaminson, NJ 08077-3420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Rosemary   Kemmerle andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Andrew B. Finberg    on behalf of Joint Debtor Timothy   Kemmerle andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Daniel A. Frischberg    on behalf of Debtor Rosemary   Kemmerle dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com;r39848@notify.bestcase.com
              Daniel A. Frischberg    on behalf of Joint Debtor Timothy   Kemmerle dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com;r39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
              Joni L. Gray    on behalf of Joint Debtor Timothy   Kemmerle joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com;r39848@notify.bestcase.com
              Joni L. Gray    on behalf of Debtor Rosemary   Kemmerle joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com;r39848@notify.bestcase.com
              Joshua I. Goldman    on behalf of Creditor   Nationstar Mortgage LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 12