Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  15−32341−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosemary Kemmerle                                   Timothy Kemmerle
   480 Willow Drive                                        480 Willow Drive
   Cinnaminson, NJ 08077                            Cinnaminson, NJ 08077

Social Security No.:
   xxx−xx−4840                                                xxx−xx−8196

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on December 1, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 1, 2017
JAN: cmf

                                                                              Jeanne Naughton
                                                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 15-32341-JNP
Rosemary Kemmerle                                            Chapter 13
Timothy Kemmerle
          Debtors
                            CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Dec 01, 2017
                               Form ID: 148                 Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db/jdb         +Rosemary Kemmerle,    Timothy Kemmerle,    480 Willow Drive,   Cinnaminson, NJ 08077-3420
aty            +Fein Such Kahn & Shepard,   7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
515895625      +Acceptance Now,   444 Highway 96 E,   Saint Paul, MN 55127-2557
515874153      +Cinnaminson Township,   Sewer Authority,   1621 Riverton Road,    Cinnaminson, NJ 08077-2325
515874154       Citifinancial,   Bankruptcy Dept.,   PO Box 140489,   Irving, TX 75014-0489
515874155      +Fein, Such, Kahn & Shepard PC,   7 Century Drive,   Suite 201,    Parsippany, NJ 07054-4673
515895627      +Financial Recoveries,   200 E Park Dr., Ste. 100,   Mount Laurel, NJ 08054-1297
515874157     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
515922636      +Porania LLC,   P. O. Box 11405,   Memphis TN 38111-0405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 01 2017 23:51:57      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 01 2017 23:51:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515904025       EDI: AIS.COM Dec 01 2017 23:38:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK 73124-8848
515895626      +EDI: CAPITALONE.COM Dec 01 2017 23:38:00      Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
515949474       EDI: CAPITALONE.COM Dec 01 2017 23:38:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
515874156       EDI: IRS.COM Dec 01 2017 23:38:00      IRS-Insolvency Central,   PO Box 7346,
                 Philadelphia, PA 19101-7346
515895628      +EDI: RESURGENT.COM Dec 01 2017 23:38:00      LVNV Funding, LLC,   PO Box 10497,
                 Greenville, SC 29603-0497
516041588      +Fax: 866-311-5818 Dec 02 2017 00:09:37      Systems & Services Technologies, Inc.,
                 4315 Pickett Road,   St. Joseph, Missouri 64503-1600
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
516080433*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,   Dallas, TX 75261-9741)
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
         Andrew B. Finberg    on behalf of Debtor Rosemary  Kemmerle andy@sjbankruptcylaw.com,
           abfecf@gmail.com;r39848@notify.bestcase.com
         Andrew B. Finberg    on behalf of Joint Debtor Timothy  Kemmerle andy@sjbankruptcylaw.com,
           abfecf@gmail.com;r39848@notify.bestcase.com
         Daniel A. Frischberg    on behalf of Joint Debtor Timothy  Kemmerle dan@sjbankruptcylaw.com,
           frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com
```

```
District/off: 0312-1          User: admin               Page 2 of 2                 Date Rcvd: Dec 01, 2017
                              Form ID: 148              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Daniel A. Frischberg    on behalf of Debtor Rosemary  Kemmerle dan@sjbankruptcylaw.com, frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Joni L. Gray    on behalf of Joint Debtor Timothy  Kemmerle joni@sjbankruptcylaw.com, jgrayecf@gmail.com;r39848@notify.bestcase.com
          Joni L. Gray    on behalf of Debtor Rosemary  Kemmerle joni@sjbankruptcylaw.com, jgrayecf@gmail.com;r39848@notify.bestcase.com
          Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          R. A. Lebron    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com

                                                                                  TOTAL: 13